**FORM 8.** Entry of Appearance

Form 8

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Edekka LLC  v.  3balls.com, Inc.

No. 16-1120

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Edekka LLC

Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Benton R. Patterson, III
Law Firm: Austin Hansley, PLLC
Address: 5050 Quorum Dr., #700
City, State and Zip: Dallas, TX 75254
Telephone: 469-587-9776
Fax #: 855-347-6329
E-mail address: benton@thetexaslawoffice.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/9/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 10/26/2015    Signature of pro se or counsel  /s/ Benton Patterson

cc:

Reset Fields