NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDEKKA LLC,**
*Plaintiff-Appellant*

v.

**ACTION ENVELOPE & PRINTING CO., INC., CYMAX STORES USA, LLC, COLE HAAN LLC, ALDO U.S., INC., ASICS AMERICA CORPORATION, FOREVER 21, INC., GARRETT BRANDS LLC, GEMVARA INC., GUESS ?, INC., INTERNATIONAL COFFEE & TEA, LLC, IHERB, INC., JOCKEY INTERNATIONAL, INC., OVERNIGHTPRINTS, INC., NANAL, INC., LEVENGER COMPANY, THE LIFE IS GOOD COMPANY, MINTED, LLC, MARS, INC., PERSONALIZATIONMALL.COM, INC., ORGANIZE-IT, LLC, SEES CANDY SHOPS, INCORPORATED, SKINNYCORP, LLC, SWEETWATER SOUND, INC., ENCORE HOLDINGS, LLC D/B/A TECH FOR LESS, INC., TGIB MARKETING, INC., THE WALKING COMPANY HOLDINGS, INC., THE WALKING COMPANY, TONI&GUY U.S.A., LLC, WEBBED SPHERE, INC., VINEYARD VINES, LLC, WATER FILTERS DIRECT, LLC,**
*Defendants-Appellees*

**3BALLS.COM, INC., DESTINATION MATERNITY CORPORATION, DA WUSTER INC. D/B/A AIRSPLAT.COM, ADIDAS AMERICA, INC., COLUMBIA SPORTSWEAR COMPANY, CLAIRE'S**

STORES, INC., BOOT BARN, INC., BEBE STUDIO, INC., BALSAM HILL LLC, AM RETAIL GROUP, INC. D/B/A WILSONS LEATHER, ARLINGTON CONTACT LENS SERVICE, INC., BABYAGE.COM, INC., E REVOLUTION VENTURES, INC., DISCOUNT DANCE, LLC, EFORCITY CORPORATION, EILEEN FISHER, INC., GLOBAL FRANCHISE GROUP, LLC, HUGO BOSS FASHIONS, INC., FREE TIME HOBBIES, INC., GIFTPORTS INC., CHOXI.COM INC., F/K/A NOMORERACK.COM INC., MRS. FIELDS GIFTS, INC., MOVIE MARS, INC., LOVELY SKIN, INC., MACK'S SPORT SHOP, LLLP, MATTRESS USA, INC., PAUL FREDRICK MENSTYLE, INC., PERRY ELLIS MENSWEAR, LLC, PIER 1 IMPORTS, INC., STARBUCKS CORPORATION, PLANET, INC., PRESIDIO INTERNATIONAL, INC., SPREADSHIRT, INC., PROMGIRL, LLC, ROBERT GRAHAM DESIGNS, LLC, ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., LUXURY BRAND HOLDINGS, INC., SHEPLERS, INC., SONIC ELECTRONIX, INC., SOFTMART, INC., SPERRY TOP-SIDER, LLC, SPIRALEDGE, INC., SUPERBIIZ, INC., THE HERSHEY COMPANY, THE ROCKPORT COMPANY, LLC, THE SWATCH GROUP (U.S.) INC., THE YANKEE CANDLE COMPANY, INC., THRILLIST MEDIA GROUP, INC., TITLE 9 SPORTS, INC., WOLFORD BOUTIQUES LLC, TRUE RELIGION APPAREL, INC., LOREAL USA, INC.,
*Defendants*

———————————

2016-1120, -1122

———————————

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-00543-JRG, 2:15-cv-00545-JRG, 2:15-cv-00548-JRG, 2:15-cv-00554-

JRG, 2:15-cv-00559-JRG, 2:15-cv-00589-JRG, 2:15-cv-00595-JRG, 2:15-cv-00600-JRG, 2:15-cv-00609-JRG, 2:15-cv-00612-JRG, 2:15-cv-00614-JRG, 2:15-cv-00637-JRG, 2:15-cv-00641-JRG, 2:15-cv-00642-JRG, 2:15-cv-00644-JRG, 2:15-cv-00651-JRG, 2:15-cv-00655-JRG, 2:15-cv-00660-JRG, 2:15-cv-00718-JRG, 2:15-cv-00722-JRG, 2:15-cv-00735-JRG, 2:15-cv-00740-JRG, 2:15-cv-00812-JRG, 2:15-cv-00813-JRG, 2:15-cv-00814-JRG, 2:15-cv-00824-JRG, 2:15-cv-00829-JRG, 2:15-cv-00834-JRG, 2:15-cv-00835-JRG, and 2:15-cv-00836-JRG, Judge J. Rodney Gilstrap.

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above.[1] Appellant's opening brief is due no later than December 28, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32

---

[1] Any party should inform the court if it believes the caption does not include or properly identify the various parties.