NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDEKKA LLC,**
*Plaintiff - Appellant*

v.

**ACTION ENVELOPE & PRINTING CO., INC., CYMAX STORES USA, LLC, ALDO U.S., INC., ASICS AMERICA CORPORATION, GARRETT BRANDS LLC, GEMVARA INC., GUESS ?, INC., INTERNATIONAL COFFEE & TEA, LLC, IHERB, INC., OVERNIGHTPRINTS, INC., NANAL, INC., LEVENGER COMPANY, THE LIFE IS GOOD COMPANY, MINTED, LLC, MARS, INC., SKINNYCORP, LLC, SWEETWATER SOUND, INC., ENCORE HOLDINGS, LLLC, dba Tech for Less, Inc., TGIB MARKETING, INC., THE WALKING COMPANY HOLDINGS, INC., THE WALKING COMPANY, TONI&GUY U.S.A., LLC, WEBBED SPHERE, INC., VINEYARD VINES, LLC, WATER FILTERS DIRECT, LLC,**
*Defendants - Appellees*

**3BALLS.COM, INC., DESTINATION MATERNITY CORPORATION, DA WUSTER INC., dba Airsplat.com, ADIDAS AMERICA, INC., COLUMBIA SPORTSWEAR COMPANY, CLAIRE'S STORES, INC., BOOT BARN, INC., BEBE STUDIO, INC., BALSAM HILL LLC, AM**

RETAIL GROUP, INC., dba Wilsons Leather, ARLINGTON CONTACT LENS SERVICE, INC., BABYAGE.COM, INC., E REVOLUTION VENTURES, INC., DISCOUNT DANCE, LLC, EFORCITY CORPORATION, EILEEN FISHER, INC., GLOBAL FRANCHISE GROUP, LLC, HUGO BOSS FASHIONS, INC., FREE TIME HOBBIES, INC., GIFTPORTS INC., CHOXI.COM INC., fka Nomorerack.com Inc., MRS. FIELDS GIFTS, INC., MOVIE MARS, INC., LOVELY SKIN, INC., MACK'S SPORT SHOP, LLLP, MATTRESS USA, INC., PAUL FREDRICK MENSTYLE, INC., PERRY ELLIS MENSWEAR, LLC, PIER 1 IMPORTS, INC., STARBUCKS CORPORATION, PLANET, INC., PRESIDIO INTERNATIONAL, INC., SPREADSHIRT, INC., PROMGIRL, LLC, ROBERT GRAHAM DESIGNS, LLC, ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., LUXURY BRAND HOLDINGS, INC., SHEPLERS, INC., SONIC ELECTRONIX, INC., SOFTMART, INC., SPERRY TOP-SIDER, LLC, SPIRALEDGE, INC., SUPERBIIZ, INC., THE HERSHEY COMPANY, THE ROCKPORT COMPANY, LLC, THE SWATCH GROUP (U.S.) INC., THE YANKEE CANDLE COMPANY, INC., THRILLIST MEDIA GROUP, INC., TITLE 9 SPORTS INC., WOLFORD BOUTIQUES LLC, TRUE RELIGION APPAREL, INC., LOREAL USA, INC., FOREVER 21, INC., PERSONALIZATIONMALL.COM, INC., SEES CANDY SHOPS, INCORPORATED, COLE HAAN LLC, ORGANIZE-IT, LLC, JOCKEY INTERNATIONAL, INC.,

*Defendants*

_____

2016-1120, 2016-1122

_____

Appeals from the United States District Court for the Eastern District of Texas in nos. 2:15-cv-00543-JRG, 2:15-cv-00545-JRG, 2:15-cv-00548-JRG, 2:15-cv-00554-JRG, 2:15-cv-00559-JRG, 2:15-cv-00589-JRG, 2:15-cv-00595-JRG, 2:15-cv-00600-JRG, 2:15-cv-00609-JRG, 2:15-cv-00612-JRG, 2:15-cv-00614-JRG, 2:15-cv-00641-JRG, 2:15-cv-00642-JRG, 2:15-cv-00644-JRG, 2:15-cv-00651-JRG, 2:15-cv-00655-JRG, 2:15-cv-00660-JRG, 2:15-cv-00718-JRG, 2:15-cv-00722-JRG, 2:15-cv-00735-JRG, 2:15-cv-00740-JRG, 2:15-cv-00812-JRG, 2:15-cv-00813-JRG, 2:15-cv-00814-JRG, 2:15-cv-00824-JRG, 2:15-cv-00829-JRG, 2:15-cv-00834-JRG, 2:15-cv-00835-JRG, 2:15-cv-00836-JRG, Judge J. Rodney Gilstrap.

ON MOTION

O R D E R

Appellant Edekka LLC moves without opposition to withdraw Jockey International, Inc. (originating case 2:15-cv-637-JRG) as appellee due to settlement between the parties.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

January 22, 2016        /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court